**ROBERT L. ARLEO, ESQ. P.C.**
1345 Avenue of the Americas
33rd Floor
New York, N.Y.  10105

Telephone: (212) 551-1115                                                                    Fax: (518) 751-1801
Email: robertarleo@gmail.com                                                            wwwrobertarleo.com

January 14, 2024

Hon. Jeffrey A. Meyer
U.S. District Judge
U.S. District Court
District of Connecticut
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT  06510

RE: Peter Walker v. Schreiber / Cohen, LLC
Case No.: 3:23-cv-00385—JAM

Dear District Judge Meyer:

   I represent the Defendant named in the above-entitled action. I refer Your Honor to the Defendant's reply (Dkt. No. 39) to the Plaintiff's response to the Defendant's motion to dismiss the Complaint. Attached as Exhibit 1 thereto is a transcript of a telephone conversation between the Plaintiff and a collector employed by the Defendant. (Dkt. No. 39-1). As the transcript does not designate the speakers at any particular time, I attach herewith a copy of a revised transcript which references the speakers for easier understanding of the transcript. The attached transcript was sent via email to the Plaintiff on January 7, 2024. The Plaintiff confirmed receipt of the transcript via email sent to me on January 8, 2024.

                                                                      Respectfully submitted,

                                                                       /  s  /  *Robert L. Arleo*

                                                                      Robert L. Arleo

RLA:gra
Peter Walker via email
Schreiber / Cohen, LLC via email